**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW HARTZ, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No: 1:23-cv-04591 |
| v. ) ) | Hon. Mary M. Rowland |
| TAXACT, INC., ) ) | |
| Defendant. ) | |

## STIPULATION

Plaintiff Mathew Hartz ("Plaintiff") and Defendant TaxAct, Inc. ("TaxAct"), hereby stipulate as follows:

1. On July 15, 2023, Plaintiff filed his complaint against TaxAct. Dkt. No. 1.

2. On September 22, 2023, TaxAct filed its Motion to Compel Arbitration and Stay Proceedings. Dkt. No. 10.

3. On October 17, 2023, Plaintiff filed his Opposition to the Motion to Compel Arbitration and Stay Proceedings. Dkt. No. 16.

4. TaxAct's reply brief in support of the Motion to Compel Arbitration and Stay Proceedings is due October 31, 2023. Dkt. No. 13.

5. The parties have agreed to pursue mediation. The anticipated mediation is scheduled for November 20, 2023.

6. Upon meeting and conferring, the parties have agreed to extend the deadline for TaxAct to file its reply brief in support of the Motion to Compel Arbitration and Stay Proceedings until after an anticipated mediation conference.

7.  The parties have further agreed to file a joint status report with this Court by November 30, 2023 that will include an update on mediation, and if necessary, the agreed and proposed deadline for TaxAct to file its reply in support of its Motion to Compel Arbitration and Stay Proceedings.

WHEREFORE, the parties respectfully request that the Court grant this Stipulation and continue the deadline for TaxAct to file its reply in support its Motion to Compel Arbitration and Stay Proceedings.

Dated: October 24, 2023

Respectfully submitted,

/s/ *Spencer Sheehan*
Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Road, Suite 412
Great Neck, NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

*Attorneys for Plaintiff*

/s/ *Ankur Shingal*
James W. Ducayet
Ankur Shingal
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
jducayet@sidley.com
ashingal@sidley.com

*Attorneys for Defendant*