IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Matthew Hartz, individually and on behalf of all others similarly situated, | Case No. 1:23-cv-04591 |
| Plaintiff, | Hon. Jeffrey I. Cummings |
| - against - | |
| TaxAct, Inc., | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff voluntarily dismisses, without prejudice, the above-captioned matter because Plaintiff's claims in this matter have been incorporated into *Smith-Washington, et al. v. TaxAct, Inc.*, No. 23-cv-830 (N.D. Cal.). Defendant has not served an answer or a motion for summary judgment in this proceeding. Dismissal without prejudice is therefore appropriate without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B).

Dated: February 22, 2024

Respectfully submitted,

| | |
|---|---|
| Sidley Austin LLP | Sheehan & Associates, P.C. |
| /s/ *James W. Ducayet* | /s/ *Spencer Sheehan* |
| James W. Ducayet | Spencer Sheehan |
| jducayet@sidley.com | spencer@spencersheehan.com |
| 1 S Dearborn | 60 Cuttermill Rd Ste 412 |
| Chicago, Illinois 60603 | Great Neck NY 11021 |
| Tel: (312) 775-1743 | Tel: (516) 268-7080 |
| | |
| | Francis Richard Greene |
| | francis@greeneconsumerlaw.com |
| | 1954 1st St. |
| | #154 |
| | Highland Park, IL 60035 |
| | 312-847-6979 x101 |
| | |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |